**Emmanuel OLABODE, Petitioner**

v.

**Michael B. MUKASEY, U.S. Attorney General, Respondent.**

No. 07–60435
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

April 25, 2008.

Mark Edward Jacobs, Dallas, TX, for Petitioner.

Thomas Ward Hussey, Director, U.S. Department of Justice Office of Immigration Litigation, Washington, DC, Anne M.

---

Estrada, U.S. Immigration & Naturalization Service, Dallas, TX, for Respondent.

Before GARWOOD, WIENER and BARKSDALE, Circuit Judges.

PER CURIAM: *

Emmanuel Olabode petitions this court for review of the Board of Immigration Appeals's decision denying his application for adjustment of status. He argues that the immigration judge erroneously applied the REAL ID Act of 2005, Pub.L. 109–13, 119 Stat. 302, in adjudicating his application and, additionally, that the immigration judge's adverse credibility determination violated his due process rights. Olabode, however, failed to exhaust his administrative remedies with regard to these claims. We are therefore without jurisdiction to review them, and his petition is dismissed. 8 U.S.C. § 1252(d)(1); *Roy v. Ashcroft*, 389 F.3d 132, 137 (5th Cir.2004) ("Judicial review of a final order of removal is available only where the applicant has exhausted all administrative remedies of right."). *See Townsend v. INS*, 799 F.2d 179, 181–82 (5th Cir.1986) (conclusory statements do not suffice).

PETITION DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.